> The Initial Case Management Conference is adjourned until June 7, 2023, at 10:30 AM. The dial-in information is consistent with that included in the original scheduling order.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
>
> Jennifer E. Willis
> United States Magistrate Judge
>
> May 3, 2023

# EPSTEIN BECKER GREEN

Attorneys at Law

Shira M. Blank
t 212.351.4694
F 212.878.8600
sblank@ebglaw.com

May 1, 2023

**VIA ECF**

Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *Yancey v. Harran Holding Corp. and Benefit Cosmetics LLC*
           Case No.: 1:22-cv-10689 (JPO)(JW)

Dear Magistrate Judge Willis:

    This firm represents defendant Benefit Cosmetics LLC in the above-captioned matter. We write, on behalf of all parties, to respectfully request that the Court adjourn the Initial Case Management Conference, currently scheduled for Wednesday, May 11, 2023, along with any associated deadlines, including the deadline to file the Proposed Case Management Plan and Report of Rule 26(f) Meeting, for 21 days, to a date and time that is convenient for the Court. This is the parties' second request for an adjournment of the Initial Case Management Conference (and any associated deadlines), and as explained below, we make this request in order to conserve judicial resources.

    The parties are actively engaged in negotiations which, if successful, would resolve the matter in its entirety as to all parties. The parties have made substantial progress in the last week, and hope that, with the benefit of an additional 21 days, we will be able to report to the Court that the matter has been resolved.

    We thank the Court for its attention to this matter and its consideration of the parties' request.

                             Sincerely yours,

                             */s/ Shira M. Blank*

                             Shira M. Blank

cc:    Counsel of Record